*E-Filed 12/18/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE Y. GARRISON, | No. C 12-4779 RS (PR) |
|     Petitioner, | **ORDER OF DISMISSAL** |
|     v. | |
| JERRY BROWN, et al., | |
|     Respondents. | |

This is a federal habeas corpus action. Mail sent by the Court to petitioner was returned as undeliverable more than 60 days ago. Accordingly, the action is hereby DISMISSED because petitioner failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b). Petitioner's motion to proceed *in forma pauperis* (Docket No. 2) is DENIED as moot. The Clerk shall terminate Docket No. 2, enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED**.

DATED: December 18, 2012

RICHARD SEEBORG
United States District Judge